Paul M. DRESSER, Claimant/Appellant,

v.

EMERSON ELECTRIC COMPANY,
Employer/Respondent.

No. 61206.

Missouri Court of Appeals,
Eastern District,
Division One.

July 28, 1992.

Cornelius Thomas Ducey, Jr., The Ducey Law Firm, P.C., St. Louis, for claimant, appellant.

Margaret (Peggy) Hecht, Luke & Cunliff, P.C., St. Louis, for employer, respondent.

ORDER

PER CURIAM.

Claimant appeals from a final award by the Labor and Industrial Relations Commission, which denied compensation for certain medical expenses. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order

affirming the judgment pursuant to Rule 84.16(b).